IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DEVIN DEJUAN MIDDLETON,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3241

_____/

Opinion filed September 9, 2016.

An appeal from the Circuit Court for Escambia County.
Michael G. Allen, Judge.

Devin Dejuan Middleton, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Heather Flanagan Ross, Assistant Attorney
General, for Appellee.

PER CURIAM.

    AFFIRMED.

MAKAR, JAY, and M.K. THOMAS, JJ., CONCUR.